```
                                    FILED
                                    June 1, 2012
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA
                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-mj-00146-EFB |
| )  Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MICHAEL C. KARASON, ) | |
| )  Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL C. KARASON, Case No. 2:12-mj-00146-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

_X_   (Other) Conditions as stated on the record.

___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/1/2012  at  2:35 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge